```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| GREGORY J. STAR, et al. | : | CIVIL ACTION |
| v. | : | |
| LAWRENCE J. ROSENTHAL, et al. | : | NO. 11-7278 |

ORDER

AND NOW, this 9th day of August, 2012, upon consideration of plaintiffs Gregory J. and Luba Star's (collectively, the "Stars'") complaint (docket entry # 1), defendants Lawrence J. and Phyllis B. Rosenthal's (collectively, the "Rosenthals") motion to dismiss the complaint (docket entry # 4), and the Stars' response in opposition thereto (docket entry # 6), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

    1.   The Rosenthals' motion to dismiss the complaint (docket entry # 4) is GRANTED IN PART;

    2.   Count I of the Stars' complaint (docket entry # 1) is DISMISSED WITH PREJUDICE; and

    3.   By August 23, 2012, the Rosenthals shall FILE an answer to the surviving counts of the complaint.

```
                              BY THE COURT:
                              S/Stewart Dalzell
                              _____
                              Stewart Dalzell, J.
```