```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

GREGORY J. STAR, et al.         :        CIVIL ACTION
                                :
       v.                       :
                                :
LAWRENCE J. ROSENTHAL, et al.   :        NO. 11-7278

<u>ORDER</u>

AND NOW, this 9th day of August, 2012, upon consideration of plaintiffs Gregory J. and Luba Star's (collectively, the "Stars'") complaint (docket entry # 1), defendants Lawrence J. and Phyllis B. Rosenthal's (collectively, the "Rosenthals") motion to dismiss the complaint (docket entry # 4), and the Stars' response in opposition thereto (docket entry # 6), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

1.   The Rosenthals' motion to dismiss the complaint (docket entry # 4) is GRANTED IN PART;

2.   Count I of the Stars' complaint (docket entry # 1) is DISMISSED WITH PREJUDICE; and

3.   By August 23, 2012, the Rosenthals shall FILE an answer to the surviving counts of the complaint.

```
                              BY THE COURT:
                              S/Stewart Dazell
                              _____
                              Stewart Dalzell, J.
```